UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WISCONSIN

FILED/REC'D
2007 JUN 19 AM 8:31
U.S.
BANKRUPTCY COURT
WD OF WI

| | | |
|---|---|---|
| In Re: | ) | Chapter 13 |
| | ) | |
| THOMAS ALFRED VOGEDES and | ) | |
| KATHLEEN ANN VOGEDES, | ) | Case No. 07-11119-TSU |
| | ) | |
| Debtors. | ) | |

## DEMAND FOR NOTICES AND PAPERS

PLEASE TAKE NOTICE that the undersigned attorney appears for Roger Seehafer, Gerald A. Seehafer, Kristine C. Potack, Reuben A. Seehafer and Thomas A. Seehafer pursuant to Bankruptcy Rules 2002, 3017, 9010, and 9007, and 11 U.S.C. §§ 342, in this action and requests that copies of all notices, pleadings, and other papers given or filed in this case be given to and served upon the following person at the following address and telephone number:

Robert J. Reinertson
Hess, Dexter, Reinertson & Brunner S.C.
605 Scott St.
P.O. Box 867
Wausau, WI 54402-0867
Telephone: (715) 845-6227
Fax: (715) 842-2515

Please take further notice that this demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading, or request, whether transmitted or conveyed by mail, delivery, telephone, or otherwise filed or made with regard to the above case.

Dated this 18 day of June, 2007.

*/s/ Robert J. Reinertson*
Robert J. Reinertson
WI Bar Member No.: 1010565
Hess, Dexter, Reinertson & Brunner S.C.
605 Scott Street
P.O. Box 867
Wausau, WI 54402-0867
(715) 845-6227

6562

## CERTIFICATE OF SERVICE

I, Melissa A. Szarkowitz, do hereby certify that on the ___18th___ day of June, 2007, I caused copies of the foregoing **Demand for Notices and Papers** to be served via first class mail upon the parties indicated below.

Charter Communications
P.O. Box 3233
Milwaukee, WI 53201-3233

Thomas Finley, Corporation Counsel
County of Marathon
500 Forest Street
Wausau, WI 54403

Department of Workforce Development
P.O. Box 8914
Madison, WI 54708

Household Credit Services
P.O. Box 97806
Las Vegas, NV 89193-8706

Internal Revenue Service
Insolvency Unit – Stop 5301 MIL
310 W. Wisconsin Avenue
Milwaukee, WI 53203-2221

Internal Revenue Service
Department of the Treasury
P.O. Box 21125
Philadelphia, PA 19114

Kostka & Associates
P.O. Box 1291
Wausau, WI 54402-1291

Michael Miles, DDS
2620 Stewart Ave., Ste. 212
Wausau, WI 54401

Northside Service
P.O. Box 21
Three Lakes, WI 54562

Oral Facial Surgery
P.O. Box 381
Stevens Point, WI 54481

Point Credit Service, Inc.
933 Main St., P.O. Box 381
Stevens Point, WI 54481

Wisconsin Department of Revenue
P.O. Box 8902
Madison, WI 53708

Tiziani Enterprises LLC
533 Comanche Way
Madison, WI 53704

U.S. Attorney
P.O. Box 1585
Madison, WI 53701-1585

Peter Hessert
Wausau Aspirus Hospital
P.O. Box 1008
Wausau, WI 54402-1008

Office of the U.S. Trustee
780 Regent Street, Suite 304
Madison, WI 53715

William A. Chatterton, Trustee
131 W. Wilson Street
P.O. Box 631
Madison, WI 53701-0631

Attorney George B. Goyke
P.O. Box 2188
Wausau, WI 54402-2188

Dated this 18th day of June, 2007.

_____
Melissa J. Szarkowitz

# HESS, DEXTER, REINERTSON & BRUNNER S.C.

ATTORNEYS AT LAW
605 SCOTT STREET, P.O. BOX 867, WAUSAU, WI 54402-0867
PHONE: (715) 845-6227   FAX: (715) 842-2515

INTERNET: www.hesslaw.com
E-MAIL: RJR@hesslaw.com

WILLIAM C. HESS
CALVIN R. DEXTER
ROBERT J. REINERTSON
THOMAS J. BRUNNER

RICHARD C. TREMBATH
(1919-1979)

FILED/REC'D
2007 JUN 19 AM 8:31
BANKRUPTCY COURT
WD OF WI

June 18, 2007

Clerk of Court
United States Bankruptcy Court
Western District of Wisconsin
Eau Claire Division
P.O. Box 5009
Eau Claire, WI  54702-2009

Re:   In re Thomas Alfred Vogedes and Kathleen Ann Vogedes
      Case No.: 07-11119

Dear Clerk:

I represent Roger Seehafer, Gerald A. Seehafer, Kristine C. Potack, Reuben A. Seehafer, and Thomas A. Seehafer, creditors in the above case. Enclosed are the original and one copy each of our Demand for Notices and Papers and Certificate of Service.

Please file the originals, stamp the copies with the date of filing, and return the copies to our office in the envelope provided. If you should have any questions, please do not hesitate to contact me. Thank you.

Very truly yours,

*[signature: Robert J. Reinertson]*

Robert J. Reinertson